401-07/MEU/MAM
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
AL JAZEERA SHIPPING COMPANY LLC
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900 / Facsimile: (212) 425-1901
Michael E. Unger (MU 0045)
Manuel A. Molina (MM 1017)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
AL JAZEERA SHIPPING COMPANY LLC,

                Plaintiff,

-against-

COMMON DIVING AND INSPECTION
SERVICES LLC,

                Defendant.
-------------------------------------------------------x

07 CIV. 7813 (LAK)

**RULE 7.1 STATEMENT**

    AL JAZEERA SHIPPING COMPANY LLC, by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parents, and that no publicly-held corporation owns 10% or more of the stock of the company.

Dated: New York, New York
       September 5, 2007

                FREEHILL HOGAN & MAHAR, LLP
                Attorneys for Plaintiff
                AL JAZEERA SHIPPING COMPANY LLC

By: _____
      Michael E. Unger (MU 0045)
      Manuel A. Molina (MM 1017)

NYDOCS1/289073.1