UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AL JAZEERA SHIPPING COMPANY,

               Plaintiff,

          -against-                          07 Civ. 7813 (LAK)

COMMON DIVING AND INSPECTION SERVICES LLC,

               Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/07

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Plaintiff brought this maritime action and applies for process of maritime attachment and garnishment. The application is accompanied by a Rule 7.1 Statement.

        Fed. R. Civ. P. 7.1 provides that:

        "A nongovernmental corporate party to an action or proceeding . . . must file . . . a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation."

        Plaintiff's Rule 7.1 Statement asserts only that plaintiff "has no corporate parents, and that no publicly-held corporation *in the United States* owns 10% or more of the stock of the company." It therefore does not comply with the Rule, whether out of inattention or in order to avoid disclosing the identity of major *foreign* shareholders.

        Accordingly, the application for process of maritime attachment and garnishment is denied without prejudice to renewal after the filing of a proper Rule 7.1 Statement.

        SO ORDERED.

Dated:      September 5, 2007

                                  Lewis A. Kaplan
                             United States District Judge