UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AL JAZEERA SHIPPING CO.,

                         Plaintiff,

            -against-                                    07 CIV 7813 (LAK)

COMMON DIVING AND INSPECTION SERVICES,

                         Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

            The Court having conferred with plaintiff's counsel (defendant not having been served or appeared), and plaintiff having consented thereto, it is hereby

            ORDERED, that this action shall be dismissed without prejudice and without further action by the Court on March 4, 2008 unless, on or before that date, plaintiff shall have filed either (1) proof of service on the defendant or (2) evidence that plaintiff has attached property pursuant to the Process of Maritime Attachment and Garnishment previously issued.

Dated:        October 12, 2007

                                            _____
                                                    Lewis A. Kaplan
                                            United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/12/07