401-07/MEU
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
AL JAZEERA SHIPPING COMPANY LLC
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900
Facsimile: (212) 425-1901
Michael E. Unger (MU 0045)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

AL JAZEERA SHIPPING COMPANY LLC,

                Plaintiff,

  -against-

COMMON DIVING AND INSPECTION
SERVICES LLC,

                Defendant.
-------------------------------------------------------x

07 CV 7813 (LAK)

ORDER DIRECTING
VOLUNTARY
DISCONTINUANCE OF
ACTION

It having been reported to the Court that Plaintiff has not been able to restrain any funds of Defendant since the commencement of this maritime attachment action on September 4, 2007;

IT IS HEREBY ORDERED that this action be dismissed without prejudice to Plaintiff's right to re-file this action and without costs as to either party.

SO ORDERED:

March ___, 2008

_____
Hon. Lewis A. Kaplan, U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/08

NYDOCS1/300051.1